1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*
7
   Attorneys for the United States.
8

9

10                   **UNITED STATES DISTRICT COURT**

11                        **DISTRICT OF NEVADA**

12  SECURITIES AND EXCHANGE COMMISSION, )
                                         )
13                       Plaintiff,      )
                                         )
14            v.                         )   Case No. 2:09-cv-02213-JCM-LRL
                                         )
15  R. BROOKE DUNN and NICHOLAS P. HOWEY, )
                                         )
16                       Defendants.     )
    _____ )

17

18        **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

19        Pursuant to LR IA 10-3, the United States of America respectfully requests that this

20  honorable Court permit Dugan W.E. Bliss to practice before this honorable Court in all matters

21  relating to the above-captioned case.

22        Dugan W.E. Bliss is an attorney with the Securities and Exchange Commission, an

23  agency of the federal government. Mr. Bliss is a member in good standing of the Colorado State

24  Bar Association, Bar Number 36698.

25  . . .

26  . . .

Accordingly, the United States respectfully requests that an order be issued allowing Dugan W.E. Bliss to practice before this honorable Court.

DATED this 19th day of October, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Blaine T. Welsh
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: ___ 10-25-10 _____

2

**CERTIFICATE OF SERVICE**

I, Blaine T. Welsh, AUSA, certify that the following individuals were served on this date by the below identified method of service:

Electronic Case Filing

Joice B. Bass
Lewis and Roca LLP
3980 Howard Hughes Pkwy., Suite 550
Las Vegas, NV 89169
Email:  jbass@lrlaw.com

Spencer H. Gunnerson
Mark M. Jones
Kemp, Jones & Coulthard LLP
3800 Howard Hughes pkwy 17th Floor
Las Vegas, NV 89169
Email: s.gunnerson@kempjones.com
Email: m.jones@kempjones.com

Treasure R. Johnson
Venable LLP
575 7th St. N.W.
Washington, D.C. 20004
Email: trjohnson@venable.com

Tyson Marshall
Sean Prosser
Randall J. Fons
Morrison & Foerster LLP
12531 High Bluff Drive, Suite 100
San Diego, CA 92130-2040
Email: tmarshall@mofo.com
Email: sprosser@mofo.com
Email: rfons@mofo.com

DATED this 19th day of October, 2010.

/s/ Blaine T. Welsh
Assistant United States Attorney